IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GERARD LEWIS, | No. C 15-03335 BLF (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| J. BEARD, et. al., | |
| Defendants. | |

Plaintiff, a state prisoner at Salinas Valley State Prison ("SVSP"), filed a civil rights complaint in *pro se* pursuant to 42 U.S.C. § 1983, claiming that Defendants violated his right of access to the courts. (Docket No. 1.) On August 5, 2015, the Court dismissed Plaintiff's complaint with leave to amend. (Docket No. 7.) Plaintiff was directed to file an amended complaint within twenty-eight days from the date the order was filed. (*Id.*) The deadline has passed and Plaintiff has not filed an amended complaint nor has he had any further communication with the Court. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

DATED: Oct 13, 2015

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
P:\PRO-SE\BLF\CR.15\03335Lewis_dism-judgment.wpd