1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11

ANTHONY GERARD LEWIS,                    )    No. C 15-03335 BLF (PR)
                                         )
            Plaintiff,                   )    **ORDER DIRECTING PLAINTIFF TO**
                                         )    **PROVIDE COURT WITH MORE**
      v.                                 )    **INFORMATION FOR UNSERVED**
                                         )    **DEFENDANT**
                                         )
J. BEARD, et al.,                        )
                                         )
            Defendants.                  )
_____  )

12
13
14
15
16
17

18      Plaintiff, a state prisoner currently incarcerated at Salinas Valley State Prison

19 ("SVSP") in Soledad, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983

20 against SVSP officials.  On April 5, 2016, the Court issued an order of service upon

21 SVSP Defendants.  (Docket No. 16.)  On April 13, 2016, Litigation Coordinator G. Lopez

22 filed a letter with the Court indicating that Defendant J. Pehrson no longer worked for

23 SVSP and had retired in December 2014.  (Docket No. 21.)  Accordingly, this Defendant

24 has not been served.

25      Although a plaintiff who is incarcerated and proceeding in forma pauperis may

26 rely on service by the Marshal, such plaintiff "may not remain silent and do nothing to

27 effectuate such service"; rather, "[a]t a minimum, a plaintiff should request service upon

28 the appropriate defendant and attempt to remedy any apparent defects of which [he] has

1  knowledge." *Rochon v. Dawson*, 828 F.2d 1107, 1110 (5th Cir. 1987).  Here, Plaintiff

2  has not provided sufficient information to allow the Marshal to locate and serve

3  Defendant J. Pehrson and therefore Plaintiff must remedy the situation or face dismissal

4  of his claims against this Defendant without prejudice.  *See Walker v. Sumner*, 14 F.3d

5  1415, 1421-22 (9th Cir. 1994) (holding prisoner failed to show cause why prison official

6  should not be dismissed under Rule 4(m) where prisoner failed to show he had provided

7  Marshal with sufficient information to effectuate service).

8      Accordingly, Plaintiff must file a notice providing the Court with an accurate and

9  current address for **Defendant J. Pehrson** such that the Marshal is able to effect service.

10  If Plaintiff fails to provide the Court with the information requested **within thirty (30)**

11  **days** of the date this order is filed, Plaintiff's claims against this Defendant will be

12  dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil

13  Procedure.

14      **IT IS SO ORDERED.**

15  DATED: _April 19, 2016_                          _____

16                                                BETH LABSON FREEMAN
                                                  United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28